UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 NOV -1  PM 4: 25

SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. |
| | ) |
| v. | ) 18 U.S.C. § 922(j) |
| | ) Possession of a Stolen Firearm |
| EDWARD MAYNOR | ) |
| | ) CR419-0178 |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
*Possession of a Stolen Firearm*
18 U.S.C. § 922(j)

On or about September 8, 2017, in Chatham County, within the Southern District of Georgia, the defendant,

**EDWARD MAYNOR,**

knowingly possessed a stolen firearm, to wit, a Winchester, Model 47, .22 caliber rifle, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen.

All in violation of Title 18, United States Code, Section 922(j).

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

_____
Marcela C. Mateo
Assistant United States Attorney
*Lead Counsel