IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. CR419-178 |
| | ) |
| EDWARD MAYNOR, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is Defendant Edward Maynor's Motion Seeking Permission to Leave a Copy of the Presentence Investigation Report with Defendant. (Doc. 12.) In his motion, Defendant requests that a copy of the presentence investigation report "be left with him for his review" at the Chatham County Jail. (Id.) After careful consideration, Defendant's motion (Doc. 12) is **DENIED**.

SO ORDERED this 2ND day of March 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA